# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

CEMEX, INC., ST. MARY'S CEMENT INC. (U.S.), and ST. BARBARA CEMENT, INC.

        Defendants.

_____ /

Case No. 1:06-cv-607

Hon. Wendell A. Miles

## ORDER

On August 24, 2006, the United States of America lodged with this court a proposed Consent Decree. Counsel has advised that on October 11, 2006, pursuant to 42 U.S.C. § 9622(d) and 28 C.F.R. § 50.7, notice of the lodging of the Consent Decree was published in the Federal Register, inviting the public to submit comments thereon. Counsel further advises that no public comments have been received.

Presently before the court is a motion filed by the United States of America seeking entry of the Consent Decree.

Notice is hereby given to the parties that the Consent Decree has been signed by this court and shall be entered this date as final judgment in this matter. The United States' Motion to Enter Consent Decree (Docket No. 5) is GRANTED. The United States shall provide copies of the signed Consent Decree to all interested parties.

    **IT IS SO ORDERED.**

Dated: December 12, 2006

                                        /s/ Wendell A. Miles
                                        Wendell A. Miles
                                        Senior U.S. District Judge